IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,                                No. 2:04-cr-0478-LKK-KJN-P

        vs.

LORETO CASTRO-BARRAZA,

        Movant.                                  <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On August 12, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

        Although it appears from the file that movant's copy of the findings and recommendations were returned, movant was properly served. It is the movant's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1    The court has reviewed the file and finds the findings and recommendations to be
2 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3 ORDERED that:
4    1. The findings and recommendations filed August 12, 2010, are adopted in full;
5    2. Movant's February 6, 2006 motion to vacate, set aside, or correct his sentence
6 pursuant to 28 U.S.C. § 2255 is denied;
7    3. The Clerk of Court is directed to close the companion civil case No. 2:06-cv-
8 0246-LKK-KJN-P; and
9    4. The court declines to issue the certificate of appealability referenced in 28
10 U.S.C. § 2253.
11 DATED: September 30, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2